UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Lasha Lekishvili | : | Bankruptcy No. 10-13920 |
| Natalie Lekishvili | : | |
| | : | |
| Debtor | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 10-1 and 11-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:    **March 27, 2017**