United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 10-13920-amc
Lasha Lekishvili                                                          Chapter 13
Natalie Lekishvili
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG              Page 1 of 2         Date Rcvd: Mar 28, 2017
                              Form ID: pdf900              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
db/jdb         +Lasha Lekishvili,   Natalie Lekishvili,   13033 Blakeslee Court,   Unit B,
                 Philadelphia, PA 19116-1054
cr             +BAC Home Loans Servicing LP,   7105 Corporate Drive,   Plano, TX 75024-4100
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
cr             +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 29 2017 02:25:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2017 02:24:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2017 02:25:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2017 02:27:51
                 East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2017 02:28:05     GE Money Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave, Suite 1120,   Miami, FL  33131-1605
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2017 02:24:54     Jefferson Capital Systems LLC,
                 PO BOX 7999,   ST CLOUD, MN  56302-9617
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2017 02:27:57
                 Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 02:48:14
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Lasha  Lekishvili mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Lasha  Lekishvili mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Natalie  Lekishvili mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Joint Debtor Natalie  Lekishvili mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              HILARY B. BONIAL    on behalf of Creditor    BAC Home Loans Servicing LP
               hbonial@nbsdefaultservices.com, notice@bkcylaw.com

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2               Date Rcvd: Mar 28, 2017
                              Form ID: pdf900            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
           lerase@logs.com
          MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A. mcohen@mwc-law.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A. servicer for The Bank of New
           York Mellon fka The Bank of New York as successor trustee to JP Morgan Chase Bank, N.A. as
           successor by merger to Bank One as Trustee for SARM 2004-1 sbraunstein@udren.com,
           vbarber@udren.com
          STUART A. EISENBERG    on behalf of Joint Debtor Natalie    Lekishvili mlawoffice@aol.com,
           mlawoffice@aol.com
          STUART A. EISENBERG    on behalf of Debtor Lasha    Lekishvili mlawoffice@aol.com,
           mlawoffice@aol.com
          THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Lasha Lekishvili | : | Bankruptcy No. 10-13920 |
| Natalie Lekishvili | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 10-1 and 11-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:    **March 27, 2017**